**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HO SANG YIM, AKA Alez Suk Peter Yim Yoon, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General, <br><br> Respondent. | No.  17-70624 <br><br> Agency No. A037-993-102 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted June 5, 2020
Pasadena, California

Before:  CALLAHAN and IKUTA, Circuit Judges, and BENCIVENGO,[**] District Judge.

Ho Sang Yim petitions for review of the Board of Immigration Appeals

order of removal.  In a concurrently filed opinion, we hold that perjury under

section 118(a) of the California Penal Code is an "offense relating to . . . perjury"

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The Honorable Cathy Ann Bencivengo, United States District Judge for the Southern District of California, sitting by designation.

and is thus an "aggravated felony." 8 U.S.C. § 1101(a)(43)(S). Yim was

convicted under section 118(a), and we therefore lack jurisdiction over his petition

for review. *See* 8 U.S.C. § 1252(a)(2)(C).

**PETITION DISMISSED**.